IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS
CIVIL DIVISION

**FILED**
OCT 0 9 2020
TIME: _____
BETTE S. GREEN, CLERK
ST. FRANCIS COUNTY

SUSAN RAMSEY, PERSONAL REPRESENTATIVE
OF THE ESTATE OF MARY HELEN DENNIS,
DECEASED, AND ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF THE ESTATE OF
MARY HELEN DENNIS, DECEASED                          PLAINTIFF

VS.                     NO. 62cv-20-194-2

LAKEWOOD APARTMENTS, LLC d/b/a ICON
LAKEWOOD APARTMENTS                                  DEFENDANT

## COMPLAINT

Comes the Plaintiff, Susan Ramsey, Personal Representative of the Estate of Mary Helen Dennis, Deceased, and on Behalf of the Wrongful Death Beneficiaries of the Estate of Mary Helen Dennis, Deceased, by and through her attorneys, David A. Hodges and Gary Green, and for her cause of action against Defendant, Lakewood Apartments, LLC d/b/a Icon Lakewood Apartments, states:

### JURISDICTION AND VENUE

1. The Circuit Court of St. Francis County, Arkansas, has jurisdiction of this case because of the fact the Plaintiff is seeking relief against the Defendant in this civil proceeding, thereby giving this court jurisdiction under Ark. Const. Amend. 80 § 6 and Ark. Code Ann. § 16-60-101.

2. The venue for this action is in St. Francis County, Arkansas, pursuant to the provisions of Ark. Code Ann. § 16-60-101, et. seq.

## PARTIES

3. The Plaintiff, Susan Ramsey, is a resident of 507 Autumnbrook Circle, Sherwood, Pulaski County, Arkansas 72120 and is the personal representative of the deceased, Mary Helen Dennis ("Decedent").

4. The Decedent, Mary Helen Dennis, was a resident of 536 Old Madison Road, Forrest City, St. Francis County, Arkansas 72335 at the time of and leading up to her death. She was temporarily living with the Plaintiff, her daughter, at her residence at Defendant's apartment complex.

5. The Defendant, Lakewood Apartments, LLC d/b/a Icon Lakewood Apartments ("Lakewood"), is a limited liability company incorporated in the State of Arkansas. The registered agent for this Defendant is Lyle D. Foster, 200 Louisiana, Little Rock, AR 72201.

## FACTUAL BACKGROUND

6. On or about October 15, 2019, in Pulaski County, Arkansas, the Decedent, Mary Helen Denis, fell on Defendant's property and sustained life-threatening injuries. Decedent was staying with Plaintiff at her residence at the time at the Icon Lakewood Apartments.

7. On October 21, 2019, the Decedent succumbed to her injuries sustained in the fall at the Icon Lakewood Apartments. Decedent died at the University of Arkansas for Medical Services ("UAMS") Medical Center located at 4301 W. Markham St., Little Rock, Pulaski County, Arkansas 72205.

8. Defendant Lakewood had the pavement area of the apartment complex resurfaced without giving notice to tenants a few days prior to Decedent's fall.

9. Further, the only way to navigate to the mailbox was to cross the paved area, including a speed bump. There are no sidewalks leading to the mailbox, nor is there any signage signaling the impending speed bump or the possibility of pedestrians crossing.

10. On or about October 15, 2019, Decedent went to check the mail for Plaintiff. Unbeknownst to Decedent, the pavement was still wet from the resurfacing job. Decedent fell upon reaching the speed bump in the road, which was unavoidable to cross to access the mailbox. Prior to this incident with Decedent, a resident of the Defendant's apartment complex fell on the very same speed bump.

11. Susan Ramsey, Decedent's daughter, subsequently found Decedent laying across the speed bump unresponsive, bleeding from her head, and

breathing shallowly. An onlooker had called 9-1-1, and an ambulance subsequently came to take the Decedent to UAMS.

12.   Decedent did not recover from her injuries sustained in the fall and ultimately passed away at UAMS due to her injuries on October 21, 2019.

## COUNT I
## NEGLIGENCE

13.   As a cause of action and ground for relief, the Plaintiff alleges the factual matters described in paragraphs 1 through 12 of the Complaint as part of this count.

14.   The Defendant owed a duty to use ordinary care to maintain the premises in a reasonably safe condition and a duty to warn the Decedent of the dangers presented by the resurfacing of the pavement. Further, the Defendant owed a duty to not make negligent repairs.

15.   Defendant breached its duty of care owed when Defendant was negligent in making repairs, failed to provide a better way to access the mailbox while the pavement cured, and failed to warn the Decedent of the effects and dangers associated with the resurfacing of the pavement, which led to the death of the Decedent. Said untimely death was caused solely by the negligent, tortious conduct, and wrongdoing of Defendant without any negligence or contribution on the part of the Decedent.

16. As the direct and proximate result of the Defendant's negligent, tortious conduct, and wrongdoing, the Decedent sustained serious injuries that resulted in her death.

## DAMAGES

17. the Plaintiff sustained injuries and damages, which injuries and damages consist of, but are not limited to, the following, viz.:

    a. Lost earning capacity;

    b. Medical expenses;

    c. Funeral expenses;

    d. And any and all other just and proper relief to which the Plaintiff may be entitled that will be more particularly described during the course of the litigation.

18. Susan Ramsey is bringing not only survival claims on behalf of the Estate, but also the wrongful death claims on behalf of the wrongful death beneficiaries.

19. The actions and omissions of Defendant herein described in the Complaint support an award of wrongful death damages.

20. Plaintiff seeks all wrongful death damages permitted under Arkansas law, including (1) all pecuniary injuries permitted by the wrongful death statute, including, but not limited to, future earning capacity, and (2)

mental anguish that has been suffered by the beneficiaries and that will be suffered in the future.

21.  Plaintiff further states additional survival claims on behalf of the Estate of Mary Helen Dennis for damages resulting from loss of life, loss of enjoyment of life, the value of lost earnings prior to death, conscious pain and suffering experienced by Mary Helen Dennis prior to her death, disfigurement, and punitive damages.

22.  Plaintiff demands a sum in excess of the minimal jurisdictional requirement for Federal Court together with costs and all other relief to which the Plaintiff may be entitled.

23.  Plaintiff demands relief for the damages she has sustained.

## DEMAND FOR JURY TRIAL

24.  Pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, the Plaintiff respectfully demands a jury trial on any and all issues triable of right by a jury.

            SUSAN RAMSEY, PERSONAL
            REPRESENATIVE OF THE ESTATE
            OF MARY HELEN DENNIS, AND ON
            BEHALF OF THE WRONGFUL
            DEATH BENEFICIARIES OF THE
            ESTATE OF MARY HELEN DENNIS,
            DECEASED, PLAINTIFF

By: /s/ David A. Hodges
DAVID A. HODGES
Attorney at Law
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
Arkansas Bar No. 65021
Telephone: 501-374-2400
E-Mail: david@hodgeslaw.com