## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SUSAN RAMSEY, Personal Representative of**
**the Estate of Mary Helen Dennis, Deceased,**
**and on Behalf of the Wrongful Death**
**Beneficiaries of the Estate of Mary Helen**
**Dennis, Deceased**                                              **PLAINTIFF**

v.                                    **No. 4:21-cv-147-DPM**

**SCBP LAKEWOOD ASSOCIATES, LLC**
**and BROOKSIDE PROPERTIES, INC.**              **DEFENDANTS**

### ORDER

Mary Helen Dennis was staying with Ramsey, her daughter, at the Icon Lakewood Apartments in October 2019.  While checking the mail, Dennis fell on a speed bump in a paved area at the apartment complex.  She suffered serious injuries—she did not recover, and passed away a few days later.  Ramsey filed this tort action in St. Francis County Court about a year after the accident.  In an amended complaint, she named Lakewood and Brookside as defendants.  Brookside removed the case.  Lakewood seeks dismissal, saying it wasn't served correctly or on time.  Ramsey responds with a request for a default judgment.

Ramsey added Lakewood as a defendant on 13 November 2020.  The summons issued to Lakewood identified Registered Agents

Solutions as the defendant.  *Doc. 10-1.*  Registered Agents Solutions is Lakewood's registered agent for service, but a summons must be directed to the defendant.  FED. R. CIV. P.  4(a)(1)(B).  Ramsey was notified of the mistake and did not fix it.  *Doc. 10-2 & 10-3.*  The Court therefore dismisses Lakewood without prejudice.  FED. R. CIV. P. 12(b)(4) & (5).  Ramsey is entitled to re-serve this defendant correctly and promptly.  Her embedded request for a default judgment is moot.

* * *

Lakewood's motion to dismiss, *Doc. 10,* is granted as modified. Ramsey may re-serve the company by 20 August 2021.  The Court encourages more cooperation.  The Rules of Civil Procedure "should be construed, administered, and employed by the court *and the parties* to secure the just, speedy, and inexpensive determination of every action and proceeding."  FED. R. CIV. P. 1; *see also* Reporter's Note to 2015 Amendment.

So Ordered.

D.P. Marshall Jr.
United States District Judge

20 July 2021