IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SUSAN RAMSEY, Personal Representative of
the Estate of Mary Helen Dennis, Deceased,
and on Behalf of the Wrongful Death
Beneficiaries of the Estate of Mary Helen
Dennis, Deceased                                                                              PLAINTIFF

v.                              No. 4:21-cv-147-DPM

SCBP LAKEWOOD ASSOCIATES, LLC;
BROOKSIDE PROPERTIES, INC.; and
SYNERGY PAVEMENT GROUP, INC.,
d/b/a Asphalt Maintenance Systems, Inc.                                        DEFENDANTS

## JUDGMENT

The second amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 July 2023